IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| | : | |
| HERMAN FRANCIS DELONE , JR. | : | (Bankruptcy No. 05-13430) |
| | : | |
| | : | NO. 05-05707-JF |

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| | : | |
| HERMAN FRANCIS DELONE , JR. | : | (Bankruptcy No. 05-13430) |
| | : | |
| | : | NO. 05-06345-JF |

MEMORANDUM AND ORDER

Fullam, Sr. J.                                          February 13, 2006

        In these consolidated bankruptcy appeals, a Chapter 13
debtor seeks reversal of two orders entered by the bankruptcy
judge, an order granting a mortgage-holder relief from the
automatic stay, and an order dismissing the bankruptcy
proceeding.

        The bankruptcy judge noted numerous reasons for her
conclusion that none of the plans submitted by the debtor could
possibly be confirmed.  Briefly summarized, it appears that the
mortgage on the debtor's principal residence is being foreclosed,
but the property has a market value substantially in excess of
the amount of the mortgage.  The debtor proposes to pay off the
foreclosure judgment by, in effect, reinstating the mortgage –
i.e., by paying off the mortgage over a (new) 30-year period, and

to do so without curing the defaults which have already occurred.

Even without acceleration, the arrears amount to more than

$90,000 at present.  In addition, although the debtor and his

wife have a $100,000 equity in the property, the debtor proposes

to devote only about $25,000 to the payment of his various

unsecured debts, which far exceed that amount.  The proposed plan

would extend far beyond the permissible five-year span, would

impermissibly modify the terms of the mortgage, and would be

unfair to creditors.  The orders appealed from were plainly

correct, and will be affirmed.

An Order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :      CIVIL ACTION
                                :
HERMAN FRANCIS DELONE , JR.     :      (Bankruptcy No. 05-13430)
                                :
                                :      NO. 05-05707-JF


IN RE:                          :      CIVIL ACTION
                                :
HERMAN FRANCIS DELONE , JR.     :      (Bankruptcy No. 05-13430)
                                :
                                :      NO. 05-06345-JF

ORDER

        AND NOW, this 13th day of February 2006, IT IS ORDERED:

        That the orders appealed from (granting relief from the

automatic stay, and dismissing the Bankruptcy Petition) are

AFFIRMED.


                                BY THE COURT:


                                /s/ John P. Fullam
                                John P. Fullam, Sr. J.


3